IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | 8:12CR300 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **THOMAS SCHROPP,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion by defendant Thomas Schropp (Schropp) to schedule a Rule 17.1 conference and exclude time under the Speedy Trial Act (Filing No. 19). Schropp requests a Rule 17.1 conference on or after October 1, 2013, due to the amount of discovery and the necessity for trial preparation due to the complex nature of the charges in the Indictment. Schropp has filed an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act (Filing No. 20). Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Schropp's motion for a Rule 17.1 conference (Filing No. 19) is granted.

2. A Rule 17.1 conference is scheduled before the undersigned magistrate judge in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **October 2, 2013, at 10:00 a.m.** The defendant need not be present for such conference.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., **the time between March 7, 2013, and October 2, 2013**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 7th day of March, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge