## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:12CR300 |
| vs. | |
| THOMAS SCHROPP, | ORDER |
| Defendant. | |

This matter is before the court on the government's motion to continue the Rule 17.1 conference (Filing No. 22). Moving counsel represents that defendant's counsel has no objection. Upon consideration, the motion will be granted.

**IT IS ORDERED**:

1. The motion to continue the Rule 17.1 conference (Filing No. 22) is granted.

2. The Rule 17.1 conference is rescheduled before the undersigned magistrate judge in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **October 30, 2013, at 10:00 a.m.** The defendant need not be present for such conference.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **the time between October 2, 2013, and October 30, 2013**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

Dated this 9th day of August, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge