IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>THOMAS SCHROPP,<br><br>     Defendant. | 8:12CR300-JFB-TDT<br><br>ORDER |

  IT IS HEREBY ORDERED that Sentry Insurance provide the settlement agreement in the matter of *Schropp Industries, Inc. d/b/a PK Manufacturing Corp. and R&C Properties, a Nebraska LLC v. Sentry Insurance Company, Doc. 1097 No. 667.* to the United States Attorney's Office for the District of Nebraska prior to said hearing.

  SO ORDERED.

  DATED this 8th day of May, 2015.

            BY THE COURT:


            __s/Joseph F. Bataillon_____
            JOSEPH F. BATAILLON
            Senior United States District Judge