# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA,**

        Plaintiff,

vs.

**THOMAS SCHROPP,**

        Defendant.

8:12CR300

ORDER

This matter comes before this Court on the plaintiff's Motion to Release Garnishment (Filing No. 148) against Michael E. Schropp. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion to Release Garnishment (Filing No. 148) is granted.
2. The garnishment against Michael E. Schropp is released.

Dated this 8th day of October, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge