IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>      v.<br><br>THOMAS SCHROPP,<br><br>        Defendant. | **8:12CR300**<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered herein, judgment is entered in favor of the plaintiff and against the defendant.

Dated this 26th day of June, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge