IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

THOMAS SCHROPP,

Defendant.

8:12CR300

ORDER

This matter is before the Court on defendant's motion to reconsider, Filing No. 193, this Court's Memorandum and Order, Filing No. 192.  Defendant contends that his legal counsel, Karen Shanahan, was not responsive to his case and failed to communicate with him and provided the Court with incorrect details regarding his health and imprisonment.

The Court reviewed the request and noted all the alleged discrepancies.  The Court finds that none of the allegations change the analysis or result as set forth in the Court's Memorandum and Order, Filing No. 192.  As a result, the Court will deny the motion for reconsideration, finding that the discrepancies set forth by the defendant do not alter the result found by the Court.

THEREFORE, IT IS ORDERED THAT defendant's motion for reconsideration, Filing No. 193, is denied.

Dated this 15th day of June, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge